[No. 25785-1-III. Division Three. January 8, 2008.]

THE ESTATE OF STEVEN MICHAEL WITT, *Appellant*, v. HOLY FAMILY HOSPITAL, *Respondent*.

Appeal from a judgment of the Superior Court for Spokane County, No. 06-2-03804-0, Kathleen M. O'Connor, J., entered December 1, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 25347-3-III. Division Three. January 10, 2008.]

STAN GENOWAY, *as Guardian*, ET AL., *Respondents*, v. GILBERT G. GENOWAY, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 06-2-00289-7, Craig J. Matheson, J., entered June 2, 2006. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.

[No. 25422-4-III. Division Three. January 10, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. LEONARD JAMES SLACK, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 05-1-01231-9, Cameron Mitchell, J., entered July 12, 2006. *Reversed* by unpublished opinion per Stephens, J. Pro Tem., concurred in by Sweeney, C.J., and Brown, J.

[No. 26169-7-III. Division Three. January 10, 2008.]

THE STATE OF WASHINGTON, *Appellant*, v. ELWOOD L. DAVIS, JR., *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No. 07-1-00206-9, Craig J. Matheson, J., entered April 26, 2007. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Schultheis, J.